958 A.2d 460

IN THE MATTER OF JOSE LUIS DEL CASTILLO SALAMANCA,
A/K/A JOSE L. DEL CASTILLO, AN ATTORNEY AT LAW
(ATTORNEY NO. 007381993).

October 6, 2008.

## ORDER

**JOSE LUIS DEL CASTILLO SALAMANCA, a/k/a JOSE L. DEL CASTILLO, of HARTFORD, CONNECTICUT,** who was admitted to the bar of this State in 1993, having entered a plea of guilty in the United States District Court for the District of Connecticut, to one count of document fraud, in violation of 18 *U.S.C.* § 2 and 1546(a), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSE LUIS DEL CASTILLO SALAMANCA, a/k/a JOSE L. DEL CASTILLO,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOSE LUIS DEL CASTILLO SALAMAN-CA, a/k/a JOSE L. DEL CASTILLO,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSE LUIS DEL CASTILLO SALAMAN-CA, a/k/a JOSE L. DEL CASTILLO,** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.